UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **5:04-CR-40** |
| | § | |
| **RAMONA WALDON** | § | |

**MEMORANDUM ORDER**

The above-entitled and numbered criminal action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636.  The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration.  Both parties waived their right to file objections to the Report and Recommendation.  The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.  Accordingly, it is hereby

**ORDERED** that Defendant's plea of true to the first four allegations as set forth in the Government's petition is **ACCEPTED**.  Further, it is

**ORDERED** that Defendant's supervised release is **REVOKED**.  Based upon the Defendant's plea of true to the first four allegations and with no objection by the Defendant or the Government, the Court finds Defendant did violate her conditions of supervised release as alleged in the U.S. Probation Office's petition by committing another state crime, by using methamphetamine, and by associating with a known felon without permission.  The Court further finds that Defendant possessed methamphetamine through her use of the substance.  Further, it is

**ORDERED** that Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of five (5) months ordered to run consecutive to the sentence received in The

District Court of Cass County, Texas in docket number 2004-F-00264. Further, it is

**ORDERED** that Defendant is placed on supervised release for a term of two (2) years following her term of imprisonment with the conditions specified in the Report and Recommendation. Further, it is

**ORDERED** that all criminal monetary penalties are imposed in this revocation as previously ordered in the final judgment. All payments collected will be credited towards outstanding balances.

**SIGNED this 30th day of June, 2005.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE